UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MALLA                                    :

v.                                       :   NO. 3:02cv481 (JBA)

UCONN                                    :

FILED
APR 2  9 27 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔  -  Settlement Conference:
      *(Orefmisc.cnf)*

   -  Supervising discovery and resolving discovery disputes:
      *(Orefmisc.dscv)*

   -  Ruling On:
      *(Orefm.)*

   -  Referred for hearing:
      *(Orefcs.)*

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: April 01, 2004**