UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMESH B. MALLA, | : | CIVIL NO. 3:02CV481 (JBA) |
| *Plaintiff,* | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | | |
| UNIVERSITY OF HARTFORD, | | |
| SALLIE S. TOWNSEND, Ph.D, | | |
| ROBERT SMITH, Ph.D, and | | |
| FRED MARYANSKI, Ph.D, | : | |
| *Defendants.* | : | April 15, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for defendants Robert Smith, Fred Maryanski, and the University of Connecticut, in the above-referenced matter,

**Dated at Hartford, Connecticut this 15th day of April, 2004.**

> DEFENDANTS
> University of Connecticut,
> Robert Smith, Ph.D, and Fred Maryanski, Ph.D
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _____
> Mark P. Kindall
> Assistant Attorney General
> 55 Elm Street
> P.O. Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> Federal Bar No. ct13797
> Email: Mark.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Appearance** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of April, 2004, to the following:

**Mark S. Loman, Esq.**
**484 Main Street, Suite 24B**
**Middletown, CT 06457**
**Tel: (860) 343-1879**
**Fax: (860) 343-9254**

**Thomas P. Chapman, Esq.**
**Law Office of Scott B. Clendaniel**
**300 Windsor Street**
**P.O. Box 2138**
**Hartford, CT 06145-2138**
**Tel: (860) 277-7480**

**Paul McCarthy, Assistant Attorney General**
**Health & Education**
**UCONN – Storrs**
**605 Gilbert Road, Box U-1177**
**Storrs, CT 06269**

                                                             Mark P. Kindall
                                                             Assistant Attorney General