UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

May 3, 2004

2:00 P.M.

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02CV481** (JBA) **Malla v. UCONN**

| | |
|---|---|
| ✓ Thomas Paul Chapman<br>Law Offices of Scott B. Clendaniel<br>300 Windsor St.<br>PO Box 2138<br>Hartford, CT 06145-2138<br>860-277-7480 | University of Hartford<br>Sallie S. Townsend |
| ✓ Mark S. Loman<br>484 Main St.<br>Suite 24B<br>Middletown, CT 06457<br>860-343-1879 | ✓ Ramesh B. Malla |
| Paul S. McCarthy<br>Attorney General's Office<br>University of Connecticut<br>605 Gilbert Rd., U-177<br>Storrs, CT 06269-1177<br>860-486-4241<br>paul.mccarthy@uconn.edu | UConn<br>Fred Maryanski<br>Robert W. Smith |

✓ Anthony Jannotta AAG

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK