UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Malla, Ramesh B

    Plaintiff,

vs.   Case No.:   3:02CV481(JBA)

University of Connecticut,
University of Hartford, and
Sallie S. Townsend, Ph.D.
Robert Smith, Ph.D.
Fred Maryanski, Ph.D.

    Defendants.   May 11, 2004

## MOTION FOR LEAVE TO AMENDMENT THE JOINT TRIAL MEMORANDUM

Plaintiff, by his attorney, asks leave of the Court to supplement his portion of Section 11 of the Joint Trial Memorandum previously filed on May 10, 2004 in the above-entitled action as follow:

11.   Objections

    b.   To correct plaintiff's reason for the object.

Dated: This 11th day of May 2004 at Middletown, Connecticut

                              Plaintiff – Ramesh B. Malla,

                              Mark S. Loman, Esquire
                              484 Main Street, Suite 24B
                              Middletown, CT 06457
                              Office: 860-343-1879
                              Fax:   860-343-9254
                              E-mail: atty_loman@att.net
                              Federal Bar: CT19489

## CERTIFICATION

I, Mark S. Loman, hereby certify that the forgoing Amendment to the First Amended Complaint was mail via first class, postage prepaid on ~~August 30,~~ May 11, 2004 ~~2002~~ as follows: Thomas P. Chapman, Esquire, The Law Office of Scott B. Clendaniel, 300 Windsor St., P.O. Box 2138, Hartford, CT 06145-2138.

*Mark S. Loman*

2