UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMESH B. MALLA, | : | 3:02CV481(JBA) |
| *Plaintiff,* | : | |
| | : | |
| *v.* | : | |
| | : | |
| THE UNIVERSITY OF CONNECTICUT, | : | |
| et al., | : | |
| *Defendants.* | : | |

## JOINT MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE
## FOLLOWING SETTLEMENT AGREEMENT

Plaintiff Ramesh B. Malla and Defendants University of Connecticut, Robert Smith, Ph.D., and Fred Maryanski, Ph.D., by their attorneys, jointly present this motion requesting that the above-entitled action be dismissed with prejudice as to Defendants Smith, Maryanski, and the University of Connecticut. In support, the parties to this motion state the following:

1. That on or about May 3, 2004, at a settlement conference before Magistrate Judge Margolis, the parties reached agreement in principle for the settlement of the dispute that gave rise to this action;

2. That on or about May ___, the Plaintiff and the parties to this motion signed a Settlement Agreement and General Release that resolved their dispute;

3. That the settlement is fair and just;

4. That any payment under the Settlement Agreement and General Release will be made in accordance with the terms of that agreement;

5. Accordingly, the plaintiff's claims against the University of Connecticut, Robert Smith, Ph.D., and Fred Maryanski, Ph.D., may now be dismissed with prejudice.

2

6.    Each party will bear his own, or its own, attorney's fees and costs.

WHEREFORE, the parties to this motion request that the Court dismiss the above-captioned action against University of Connecticut, Robert Smith, Ph.D., and Fred Maryanski, Ph.D., with prejudice.

Dated: May _____, 2004.

        PLAINTIFF
        RAMESH B. MALLA

        _____
        Mark S. Loman, Esq.
        Federal Bar No. ct19489
        484 Main Street, Suite 24B
        Middletown, CT 06457

        DEFENDANTS
        UNIVERSITY OF CONNECTICUT
        ROBERT SMITH, AND
        FRED MARYANSKI

BY:    RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        _____
        Mark P. Kindall
        Assistant Attorney General
        Federal Bar No. ct13797
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120