UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

Malla, Ramesh B
    Plaintiff,

    vs.                                Case No.:    3:02CV481(JBA)

University of Connecticut,
University of Hartford, and
Sallie S. Townsend, Ph.D.
Robert Smith, Ph.D.
Fred Maryanski, Ph.D.
    Defendants.                        May 13, 2004

## MOTION

Plaintiff, by counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure, moves the Court to enter an order of voluntary dismissal of Counts 2

and 3 of the above entitled action with prejudice based upon the following

grounds:

1.    Based on the Court's "Ruling on Motion for Summary Judgment of

Defendants University of Connecticut, Robert Smith and Fred Maryanski" date

March 31, 2004, plaintiff decided to withdraw all claims of unlawful

discrimination.

2.    Defendants have not filed counterclaims in the above action.

3.    Entry of an order of voluntary dismissal will not operate to prejudice

the defendants to this action.

4.    After consultation with opposing counsel, who did not acquiesce

and did not deny granting of this motion.

would not suffer substantial prejudice by the dismissal of Counts 2 and 3.

Dated this 13th day of May, 2004 at Middletown, CT.

Plaintiff – Ramesh B. Malla,

Mark S. Loman, Esquire
484 Main Street, Suite 24B
Middletown, CT 06457
Office: 860-343-1879
Fax:    860-343-9254
E-mail: atty_loman@att.net
Federal Bar: CT19489

2

## CERTIFICATION

I, Mark S. Loman, hereby certify that the forgoing notice was mail via first class, postage prepaid on May 13, 2004 as follows:      The Law Office of Scott B. Clendaniel, Thomas P. Chapman, Esquire, 300 Windsor St., P.O. Box 2138, Hartford, CT 06145-2138.

Mark S/Loman