FILED
MAY 13 3:30 PM '04
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Malla, Ramesh B

    Plaintiff,

vs.                                                              Case No.:   3:02CV481(JBA)

University of Connecticut,
University of Hartford, and
Sallie S. Townsend, Ph.D.
Robert Smith, Ph.D.
Fred Maryanski, Ph.D.

    Defendants.                                          May 12, 2004

## MOTION FOR LEAVE TO AMENDMENT THE SECOND AMENDED COMPLAINT

Plaintiff, by his attorney, asks leave of the Court to file the following amendment to the Second Amended Complaint previously filed in the above-entitled action. The proposed amendments are as follows:

1. Count 5

    a. Removed paragraphs 62, 63 and 64.

    b. Incorporate by reference paragraphs 1 – 8, 10, 15 – 24, 27, 28, 33, 34, 45 and 58 into Count 5 as paragraph 61. Also deleted reference to paragraphs 1 – 28 in paragraph 61 of the Second Amended Complaint.

    c. Change "UCONN" to "Maryanski and Smith".

    d. Removed "by proving false information and charges concerning plaintiff to UCONN."

The above amendment is sought on the grounds to conform trial issues with the prima facia case for aiding and abetting by encouragement.

Dated: This 12th day of May 2004 at Middletown, Connecticut

Plaintiff – Ramesh B. Malla,

Mark S. Loman, Esquire
484 Main Street, Suite 24B
Middletown, CT 06457
Office: 860-343-1879
Fax:    860-343-9254
E-mail: atty_loman@att.net
Federal Bar: CT19489

## CERTIFICATION

I, Mark S. Loman, hereby certify that the forgoing Amendment to the First Amended Complaint was mail via first class, postage prepaid on May 12, 2004 as follows: Thomas P. Chapman, Esquire, The Law Office of Scott B. Clendaniel, 300 Windsor St., P.O. Box 2138, Hartford, CT 06145-2138.

Mark S. Loman

2