```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MALLA                                    :

v.                                       :   NO. 3:02cv481 (JBA)

UCONN; SMITH; MARYANSKI;
UNIVERSITY OF HARTFORD; TOWNSEND :
```

### ENDORSEMENT ORDER [DOC. #47, #48]

Joint Motion for Partial Dismissal with Prejudice Following Settlement Agreement [doc. #47] is GRANTED.

Motion [doc. #48] is GRANTED and Counts 2 and 3 are hereby voluntarily dismissed.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: May 19, 2004**