UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MALLA                                :           FILED

v.                                   :  NO. 3:02cv481 (JBA)

UCONN; SMITH; MARYANSKI;                         U.S DISTRICT COURT
UNIVERSITY OF HARTFORD; TOWNSEND     :           NEW HAVEN, CONN.

## FINAL SCHEDULING ORDER

The following final scheduling order was agreed to by counsel at the pre-trial conference held 5/24/04:

1. Plaintiff's final Amended Complaint will be filed 6/1/04.

2. The final Joint Trial Memorandum with requests for jury charge, including objections to evidence and responses, will be filed 6/21/04.

3. A final pre-trial conference will be held 7/8/04, 3:30 p.m., Chambers Room 118.

4. Jury selection will be held 8/4/04, 9:00 a.m., Courtroom Two.

5. This matter will be trial ready 8/24/04, 8:30 a.m. - 2:00 p.m. daily and is anticipated to take 5 days.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 25, 2004