UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Malla, Ramesh B.

    Plaintiff,

vs.　　　　　　　　　　　　　　　Case No.:　3:02CV481(JBA)

University of Hartford, and
Sallie S. Townsend, Ph.D.

    Defendants.　　　　　　　　June 1, 2004

## MOTION FOR LEAVE TO AMENDMENT THE THIRD AMENDED COMPLAINT

Plaintiff, by his attorney, asks leave of the Court to file the following amendment to the Third Amended Complaint previously filed in the above-entitled action. The proposed amendments are as follows:

1.　To correct grammatical errors;

2.　Remove defendants UCONN, Robert Smith, Ph.D. and Fred Smith, Ph.D. from the complaint;

3.　Remove Counts 1 through 4 from the Complaint;

4.　Re-number the Complaint;

5.　Clarified the legal pleading for a claim of aiding and abetting.

6.　Clarified plaintiff's claims for damages.

The above amendment is sought pursuant to the Pre-Trial Conference held on May 24, 2004.

Dated: This 1st day of June 2004 at Middletown, Connecticut

Plaintiff – Ramesh B. Malla,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -1  P 4: 06

Malla, Ramesh B
   Plaintiff,      DISTRICT
           NEW HAVEN, CONN

vs.                                  Case No.:   3:02CV481(JBA)

University of Hartford, and
Sallie S. Townsend, Ph.D.
   Defendants.                  June 1, 2004

## AFFIDAVIT

State of Connecticut
   :ss:           City of Middletown
County of Middlesex

I, Mark S. Loman, being first duly sworn, on my oath states:

1.    I am an attorney for the above named Plaintiff and make this affidavit in support of the attached Motion to Amended the Second Amended Complaint.

2.    That the above captive matter is now pending before this Court, that the Defendants, through counsel, have filed appears in this matter, Defendants has filed answers to Plaintiff's pleadings, and jury selection is scheduled for August 4, 2004 and thereafter the matter is trial ready.

3.    Plaintiff seeks to amend the Third Complaint pursuant to the Pre-Trial Conference held on May 24, 2004.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Malla, Ramesh B. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:02CV481 |
| | ) | |
| v. | ) | Judge Janet Bond Arterton |
| | ) | |
| University of Hartford and | ) | |
| Sallie Townsend, Ph.D. | ) | |
| | ) | |
| Defendant. | ) | June 1, 2004 |

### Notice of Manual Filing

Please take notice that Plaintiff, Ramesh B. Malla, has manually filed the following documents:

a. Notice of Filing Fourth Amended Complaint

b. Affidavit of Attorney Mark S. Loman

c. Motion for Leave to Amendment the Third Amended Complaint

d. Fourth Amended Complaint

This document has not been filed electronically because

[ X ] the document cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

Respectfully submitted,

Mark S. Loman
Attorney for the Plaintiff
484 Main Street, Suite 24B
Middletown, CT 06457
Phone: 860-343-1879
Fax: 860-343-9254
E-mail: atty_loman@att.net
Bar #: 19489