IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
                                                      :
RAMESH MALLA                                          :   3:02 CV 481 (JBA)
                                                      :
v.                                                    :
                                                      :
UNIVERSITY OF HARTFORD & SALLIE S.                    :   DATE: JUNE 4, 2004
TOWNSEND, Ph.D.                                       :
------------------------------------------------------x
```

MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:  June 3, 2004

Attorneys Present:   Mark S. Loman, Esq.
                     (For Plaintiff)(in federal action)

                     Eroll Skyers, Esq.
                     Margaret Jordan Sadda, Esq.
                     (For Plaintiff)(in state action, <u>Malla v. University of Hartford et al,</u>, CV-01-0805178-S, Hartford Judicial District)

                     Thomas Paul Chapman, Esq.
                     (For Defendants)

DISCUSSIONS

Settlement discussions were not productive. Counsel agreed to the deadline set forth below.

ORDERS

1. By agreement of counsel, **on or before June 10, 2004**, the parties will file a Joint Motion to Consolidate the State Court Action and to Postpone Trial.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 4th day of June, 2004.

```
              _____/s/_____
              Joan Glazer Margolis
              United States Magistrate Judge
```