UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

June 3, 2004

2:00 P.M.

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

*Held 2:03 - 3:15pm (1 hour 12 min)*

CASE NO. **3:02CV481** (JBA) **Malla v. UCONN**

✓ Thomas Paul Chapman
Law Offices of Scott B. Clendaniel
300 Windsor St.
PO Box 2138
Hartford, CT 06145-2138
860-277-7480

✓ Mark S. Loman
484 Main St.
Suite 24B
Middletown, CT 06457
860-343-1879

Paul S. McCarthy
Attorney General's Office
University of Connecticut
605 Gilbert Rd., U-177
Storrs, CT 06269-1177
860-486-4241
paul.mccarthy@uconn.edu

University of Hartford
Sallie S. Townsend

✓ Ramesh B. Malla

UConn
Fred Maryanski
Robert W. Smith

✓ *M. Malla*
✓ *Erell Skyers Esq.*
✓ *Margaret Jordan Saddle Esq.*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK