**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MALLA, RAMESH B.

    PLAINTIFF

VS.                                CASE NO.:   3:02cv481(JBA)

UNIVERSITY OF HARTFORD, ET AL

    DEFENDANTS.              JUNE 7, 2004

## JOINT STIPULATION FOR CONSOLIDATION OF ACTIONS

The parties, Ramesh B. Malla, The University of Hartford, and Sallie Townsend, through their respective attorneys, stipulate as follows:

The above entitled action is pending before this Court has common issues of facts that arises out of the same transactions and circumstances with a cause of action pending in the Connecticut Superior Court, CV 01-0805l178S.

Consolidation of these actions will avoid repetitive trials of common facts and circumstances between identical parties, will avoid unnecessary costs, and permits the witnesses to be called to testify at one trial. Consolidation of these actions will not unduly prejudice the parties.

Dated: June 7, 2004

_____
Mark S. Loman
Attorney for the Plaintiff
484 Main Street, Suite 24B
Middletown, CT 06457
Voice:      (860) 347- 6652
Fax:        (860) 347-0053
Federal Bar: CT 19489


_____
Thomas P. Chapman
Attorney for Defendants
Law Offices of Scott B. Clendaniel
300 Windsor Street, P.O. Box 2138
Hartford, CT 06145-2138
860-277-7480
Federal Bar:  CT 10178

# EXHIBIT A

| | | |
|---|---|---|
| NO. CV 01 0805178 S | : | SUPERIOR COURT |
| RAMESH MALLA | : | JUDICIAL DISTRICT OF HARTFORD |
| VS. | : | AT HARTFORD |
| SALLIE TOWNSEND, ET AL. | : | JUNE 10, 2004 |

## MOTION TO TRANSFER AND CONSOLIDATE

Pursuant to all applicable Connecticut Practice Book sections, the undersigned defendants, University of Hartford and Sallie Townsend, hereby move this Honorable Court to transfer this action to United States District Court, District of Connecticut, to be consolidated with the matter of Malla v. University of Hartford, et al, Case Number: 3:02cv481 (JBA) which is currently pending before the Honorable Janet Bond Arterton in federal court in New Haven. Both actions arise from a common nucleus of facts and would require the same witnesses and testimony. Consolidation of these two cases in federal court will avoid repetitive trials of common facts between identical parties, and will promote judicial efficiency. Further, consolidation of both cases will avoid multiple verdicts on the same issues.

All parties consent to the granting of this motion.

WHEREFORE, the defendants respectfully request that this motion be granted.

**ORAL ARGUMENT IS REQUESTED**
**NO TESTIMONY IS REQUIRED**
**THIS CASE IS NOT YET ASSIGNED FOR TRIAL**

Case 3:02-cv-00481-JGM   Document 58   Filed 06/10/2004

DEFENDANTS

By _____
Thomas P. Chapman
Law offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138
(860) 277-7480

### O R D E R

The foregoing motion having been heard, it is hereby ORDERED:

Granted/Denied.

BY THE COURT

_____
Judge/Assistant Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on June 10, 2004 to:

Eroll Skyers, Esq.
Margaret Jordan Addo, Esq.
Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT 06604

Brown, Paindiris & Scott
2252 Main Street
Glastonbury, CT 06033

(Counsel in federal action)
Mark Loman, Esq.
484 Main Street
Suite 24B
Middletown, CT 06457

_____
Thomas P. Chapman