**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MALLA, RAMESH B. : | CIVIL ACTION |
| PLAINTIFF : | |
| VS. : | NO. 3:02CV481 (JBA) |
| UNIVERSITY OF CONNECTICUT, : | |
| UNIVERSITY OF HARTFORD, : | |
| SALLIE S. TOWNSEND, Ph.D., : | |
| ROBERT SMITH, Ph.D., : | |
| FRED MARYANSKI, Ph.D. : | |
| DEFENDANT : | JUNE 10, 2004 |

2004 JUN 10 P 4: 34
DISTRICT
NEW HAVEN, C...

## NOTICE OF MANUAL FILING

Please take notice that the defendants, University of Hartford and Sallie Townsend, Ph.D., have manually filed the following document:

a. Joint Stipulation for consolidation of actions

This document has not been filed electronically because

[ X ] the document cannot be converted to an electronic format

[ ] the electronic file size of the document exceeds 1.5 megabytes

[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order

This document has been manually served on all parties.

Respectfully submitted.

THE DEFENDANTS – UNIVERSITY OF HARTFORD AND SALLIE S. TOWNSEND

Thomas P. Chapman
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138
(860) 277-7480
Federal Bar: CT 10178