**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MALLA** | : |
| **v.** | :   NO. 3:02cv481 (JBA) |
| **UCONN; SMITH; MARYANSKI;** <br> **UNIVERSITY OF HARTFORD; TOWNSEND** | : |

### ENDORSEMENT ORDER [DOC. #58]

Joint Stipulation for consolidation of Actions [doc. #58] is APPROVED and ADOPTED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** June 30, 2004