# ORIGINAL

FILED

JUL 6  2 26 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MALLA                                    :

v.                                       : NO. 3:02cv481 (JBA)

UCONN; SMITH; MARYANSKI;
UNIVERSITY OF HARTFORD; TOWNSEND         :

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

Signatures / Mark Loman

Date 7/2/04

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge Joan G. Margolis for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

matter has been transferred to a magistrate
e. All future filings should be filed at the
seat of court where the magistrate judge sits
and the case number must be followed by the
magistrate judge's initials.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: 6 July, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MALLA                                    :
                                         :  NO. 3:02cv481 (JBA)
v.                                       :

UCONN; SMITH; MARYANSKI;
UNIVERSITY OF HARTFORD; TOWNSEND :

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

| Signatures | Date |
| --- | --- |
| X _Tom Chapman_ | 6/30/04 |
| | |

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge _Joan G. Margolis_ for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

IT IS SO ORDERED.

_Janet Bond Arterton_
United States District Judge

Dated at New Haven, Connecticut: 6 July, 2004