UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Malla, Ramesh B
   Plaintiff,

vs.                                              Case No.:   3:02CV481(JBA)

University of Connecticut,
University of Hartford, and
Sallie S. Townsend, Ph.D.
Robert Smith, Ph.D.
Fred Maryanski, Ph.D.
   Defendants.                                   May 11, 2004

## AMENDED JOINT TRIAL MEMORANDUM – PLAINTIFF SECTION 11(B)

11.   Objections

a.   To defendants claim that the December 13, 1999 letter is essentially true. The truth of this letter is not relevant to a claim of aiding and abetting.

b.   To defendant claim of qualified immunity and privilege. This claim is not logical in law. Qualified immunity and privilege applies to slander, libel and defamation claims. Plaintiff filed his claim under the theory of aiding and abetting. Defendants did not bring counter claims against plaintiff.

c.   To the claim that Dr. Malla attempted to damage the reputation of the University of Hartford. This claim is not relevant to a claim of aiding and abetting.

Dated: Middletown, Connecticut this 11th day of May, 2004.

_____
Mark S. Loman

## **CERTIFICATION**

I, Mark S. Loman, hereby certify that the "AMENDED JOINT TRIAL MEMORANDUM – PLAINTIFF SECTION 11(B)" DATE May 11, 2004 and Affidavit date May 11, 2004 was mail via first class, postage prepaid on May 4, 2004 as follow:     The Law Office of Scott B. Clendaniel, Thomas P. Chapman, Esquire, 300 Windsor St., P.O. Box 2138, Hartford, CT 06145-2138.

*Mark S. Loman*