IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
RAMESH MALLA                                    :        3:02 CV 481 (JGM)
:
v.                                              :
:
UNIVERSITY OF HARTFORD & SALLIE S.              :        DATE: JULY 28, 2004
TOWNSEND, Ph.D.                                 :
-----------------------------------------------------------x

## MEMORANDUM OF STATUS CONFERENCE

Date of Conference:   July 28, 2004

Attorneys Present:    Mark S. Loman, Esq. (by telephone)
                      Margaret Jordan Addo, Esq. (by telephone)
                      (For Plaintiff)

                      Thomas Paul Chapman, Esq. (by telephone)
                      (For Defendants)

## DISCUSSIONS

Counsel agreed to the deadlines set forth below.

## ORDERS

1. By agreement of counsel, **on or before August 27, 2004**, plaintiff will file a Fifth Amended Complaint.

2. By further agreement of counsel, all discovery shall be completed **on or before October 15, 2004**.

3. By further agreement of counsel, a continued settlement conference will be held before this Magistrate Judge in late October-early November 2004.

4. In light of the consolidation with plaintiff's state court action, Attorneys Eroll Skyers and Margaret Jordan Addo must file their appearances in federal court.

5. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 28th day of July, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge