UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# Ramesh B.Malla

# V.

# University of Connecticut, et al

**APPERANCE**

CASE NUMBER:

3:02 cv 00481 (JGM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The plaintiff, Ramesh B. Malla.

8-12-04
Date

Ct12856
Connecticut Federal Bar Number

203 334-4800
Telephone Number

203 333-7178
Fax Number

evskyers@barristerlawgroup.com
E-mail address

Signature

Eroll V. Skyers
Print Clearly or Type Name

211 State Street
Address

Bridgeport, CT