UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ramesh B. Malla

V.

University of Connecticut, et al

APPEARANCE

CASE NUMBER:

3:02cv 00481 (JGM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Plaintiff, Ramesh B. Malla

_8-12-04_
Date

_Ct23236_
Connecticut Federal Bar Number

203 334-4800
Telephone Number

203 333-7178
Fax Number

mjaddo@barristerlawgroup.com
mail address

Signature

Margaret R. Jordan Addo
Print Clearly or Type Name

211 State Street
Address

Bridgeport, CT 06604