IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
RAMESH B. MALLA                          :        3:02 CV 481 (JGM)
:
:
v.                                       :
:
:
UNIVERSITY OF CONNECTICUT &              :        DATE: SEPTEMBER 8, 2004
SALLIE S. TOWNSEND, Ph.D.                :
-----------------------------------------------------------x

ORDER

On June 10, 2004, the parties filed a Joint Stipulation to Consolidate Cases (Dkt. #58), in which plaintiff's pending state court action, <u>Malla v. University of Hartford et al,</u>, CV-01-0805178-S (Superior Court, Hartford Judicial District), would be consolidated into this federal action.  (<u>See also</u> Dkts. ##54 & 57).  On July 6, 2004, counsel consented to jurisdiction before this Magistrate Judge.  (Dkt #63).  On July 28, 2004, the Joint Stipulation was granted, and plaintiff's state court counsel were instructed to file their appearances in federal court (Dkt. #66); these appearances were filed on August 16, 2004.  (Dkts. ##71-72).

On July 28, 2004, this Magistrate Judge held a telephonic status conference, following which a Memorandum of Status Conference was filed (Dkt. #70), which ordered plaintiff's counsel to file a Fifth Amended Complaint by August 27, 2004.  No such complaint has been filed.  In addition, this Judge's law clerk has left multiple messages with plaintiff's various attorneys, reminding them that plaintiff's state court file needs to be retrieved from the Superior Court.

Accordingly, if **on or before October 8, 2004** plaintiff's counsel fails to file a Fifth Amended Complaint and fails to produce the state court file, as appropriate, then

plaintiff's claims pending in state court will be deemed to be dismissed.

Dated at New Haven, Connecticut, this 8th day of September, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge