IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
RAMESH B. MALLA : 3:02 CV 481 (JGM)
:
:
:
v. :
:
:
:
UNIVERSITY OF CONNECTICUT & : DATE: OCTOBER 14, 2004
SALLIE S. TOWNSEND, Ph.D. :
------------------------------------------------------------x

### ORDER DISMISSING PLAINTIFF'S STATE COURT CLAIMS

The procedural history behind the present issue is set in detail in this Magistrate Judge's Order, filed September 8, 2004. (Dkt. #73). On June 10, 2004, the parties filed a Joint Stipulation to Consolidate Cases (Dkt. #58), in which plaintiff's pending state court action, Malla v. University of Hartford et al., CV-01-0805178-S (Superior Court, Hartford Judicial District), would be consolidated into this federal action. (See also Dkts. ##54 & 57). On July 6, 2004, counsel consented to jurisdiction before this Magistrate Judge. (Dkt #63). On July 28, 2004, the Joint Stipulation was granted, and plaintiff's state court counsel were instructed to file their appearances in federal court (Dkt. #66); these appearances were filed on August 16, 2004. (Dkts. ##71-72).

On July 28, 2004, this Magistrate Judge held a telephonic status conference, following which a Memorandum of Status Conference was filed (Dkt. #70), which ordered plaintiff's counsel to file a Fifth Amended Complaint by August 27, 2004. No such complaint was filed. In addition, this Judge's law clerk left multiple messages with plaintiff's various attorneys, reminding them that plaintiff's state court file needed to be retrieved from the Superior Court.

The Order, filed September 8, 2004 (Dkt. #73) advised plaintiff's counsel that if

they failed to file a Fifth Amended Complaint and failed to produce the state court file, as appropriate, by October 8, 2004, then plaintiff's claims pending in state court would be deemed to be dismissed. Amazingly enough, plaintiff's various counsel again failed to file this amended complaint and failed to produce the state court file, as appropriate.

Accordingly, plaintiff's state court claims are hereby dismissed, and the case will proceed on only plaintiff's federal claims. Plaintiff's counsel and defense counsel shall contact the Magistrate Judge's Chambers to arrange a telephonic status conference to address, inter alia, the scheduling of trial and whether a continued settlement conference regarding the federal claims would be productive.

Dated at New Haven, Connecticut, this 14th day of October, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge