IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
RAMESH B. MALLA                          :    3:02 CV 481 (JGM)
                                                           :
                                                           :
v.                                                       :
                                                           :
                                                           :
UNIVERSITY OF CONNECTICUT &     :    DATE: OCTOBER 19, 2004
SALLIE S. TOWNSEND, Ph.D.            :
-----------------------------------------------------------x
```

RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*

On July 28, 2004, this Magistrate Judge held a telephonic status conference, following which a Memorandum of Status Conference was filed (Dkt. #70), which ordered plaintiff's counsel to file a Fifth Amended Complaint by August 27, 2004.  On September 8, 2004, the Magistrate Judge filed an Order (Dkt. #73), which advised plaintiff's counsel that if they failed to file a Fifth Amended Complaint by October 8, 2004, plaintiff's state law claims would be dismissed.  On October 14, 2004, this Magistrate Judge filed an Order Dismissing Plaintiff's State Court Claims.  (Dkt. #74).

That same day, plaintiff filed the pending Motion for Extension of Time *Nunc Pro Tunc* (Dkt. #75), in which he sought additional time to file the Fifth Amended Complaint, which was attached to the motion.  Accordingly, plaintiff's Motion for Extension of Time *Nunc Pro Tunc* (Dkt. #75) is hereby <u>granted</u>, and the Clerk's Office shall docket the attached, Fifth Amended Complaint.  The Order Dismissing Plaintiff's State Court Claims (Dkt. #74) is hereby <u>revoked</u>.

Under the July 28th Memorandum of Status Conference (Dkt. #70), all discovery was to be completed by October 15, 2004.  **On or before November 1, 2004**, plaintiff's counsel and defense counsel **shall contact** the Magistrate Judge's Chambers to arrange

a telephonic status conference to address, <u>inter alia</u>, the completion of discovery, the filing of any motions for summary judgment, the scheduling of trial, and whether a continued settlement conference would be productive.

Dated at New Haven, Connecticut, this 19th day of October, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge