## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MALLA, RAMESH B. | : | CIVIL ACTION |
| PLAINTIFF | : | |
| VS. | : | NO. 3:02CV481 (JBA) |
| UNIVERSITY OF CONNECTICUT, UNIVERSITY OF HARTFORD, SALLIE S. TOWNSEND, Ph.D., ROBERT SMITH, Ph.D., FRED MARYANSKI, Ph.D. | : | |
| DEFENDANT | : | JANUARY 4, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the defendants, University of Hartford and Sallie Townsend, Ph.D., have manually filed the following document:

a. Joint trial memorandum dated January 4, 2005

This document has not been filed electronically because

[ X ]  the document cannot be converted to an electronic format

[ ]  the electronic file size of the document exceeds 1.5 megabytes

[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order

This document has been manually served on all parties.

Respectfully submitted.

THE DEFENDANTS – UNIVERSITY OF
HARTFORD AND SALLIE S. TOWNSEND

_____
Thomas P. Chapman
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT  06145-2138
(860) 277-7480
Federal Bar:  CT 10178

- 2 -