**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MALLA, RAMESH B. | : | CIVIL ACTION |
| | : | |
| PLAINTIFF | : | |
| | : | |
| VS. | : | NO. 3:02CV481 (JGM) |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| UNIVERSITY OF HARTFORD, | : | |
| SALLIE S. TOWNSEND, Ph.D., | : | |
| ROBERT SMITH, Ph.D., | : | |
| FRED MARYANSKI, Ph.D. | : | |
| | : | |
| DEFENDANT | : | JANUARY 4, 2005 |

<u>JOINT TRIAL MEMORANDUM</u>

1.    <u>Trial Counsel</u>

<u>Plaintiff's Counsel</u>:

Mark S. Loman
116 Cottage Grove Road, Suite 101
Bloomfield, CT  06002
Phone:  (860) 761-2530
Fax:     (860) 760-6230
e-mail:  atty_loman@att.net

<u>Defendants' Counsel</u>:
(University of Hartford and Dr. Sallie Townsend)

Thomas Paul Chapman
Law Offices of Scott B. Clendaniel
300 Windsor Street
Hartford, CT  06145-2138
PHONE:  (860) 277-7480
fax:  (860) 277-9438
Juris No.:  ct10178

Please note that the University of Connecticut, Dr. Fred Maryanski and Dr. Robert Smith are no longer defendants to this action.

2.    Jurisdiction

The plaintiff is claiming jurisdiction by raising a federal question, pursuant to 28 USC Section 1331, with supplemental jurisdiction pursuant to 28 USC Section 1367. Plaintiff's state law claim arises out of the same facts and circumstances and as such would be expected to be tried together in one proceeding.  Miller v. Lovett, 879 F.2d. 1066, 1071 (2nd Cir. 1989).

3.    Jury/Non-jury

This case has been claimed for a trial by jury.

4.    Length of Trial

5 days of evidence

5.    Further proceedings

There is a joint stipulation pending to consolidate this action with the state court action, as well as a motion to transfer and consolidate pending in state court.

6.    Trial Claims

Plaintiff's Claims:

Count 5

That UCONN, Maryanski and Smith removed Malla from position as Campus Director of the Connecticut Space Grant Consortium on April 17, 2000, for cause, without first holding a due process hearing.  Plaintiff removed as Campus Director at the insistence of UHart and Townsend.

Plaintiff seeks compensatory damages, back and front honorarium, attorney fees, and other relief the Court deems just and proper.

- 2 -

Defendant's Claims:

The defendants, University of Hartford and Dr. Sallie Townsend, claim that the statements made in the December 13, 1999 letter are essentially true and reflect the opinion of the University of Hartford and Dr. Townsend at the time the letter was written. The defendants contend that the plaintiff created and fostered a working relationship with Dr. Townsend and the University of Hartford that was tense and fractious. The defendants contend that the plaintiff was obstructionistic and uncooperative with the management of the Space Grant Consortium. Further, the defendants claim that there was evidence of Dr. Malla's attempts to damage the reputation of the University of Hartford in his statements to NASA personnel, UCONN faculty members and other members of the Consortium. The defendants claim a qualified immunity as a quasi-state actor and a qualified privilege to make the statements in the December 13, 1999 letter and all appurtenant communications.

The defendants further claim that the plaintiff had no protected property interest in continuing in his role as a Campus Director for the Space Grant Consortium. The defendants further claim that the plaintiff had no protected liberty interest which was adversely affected by the defendants' actions. The defendants further claim that, even if the plaintiff had been provided a full hearing to call witnesses and to produce documents, the end result of his removal as Campus Director would have been the same. The defendants further claim that the University of Hartford had full authority to remove the plaintiff as Campus Director.

7.    Trial by magistrate judge

The parties agreed to trial by a magistrate judge

- 3 -

8.    <u>Witnesses</u>:

<u>Plaintiff's Witnesses</u>:

1.    Ramesh Malla, Ph.D. – 67 Horizon Lane, Glastonbury, CT 06033.  Malla to

testify that he was removed as Campus Director of the Consortium at UCONN

and as Principal Investigator of the EPSCoR at UCONN by his employer

UCONN, and former defendants Maryanski and Smith at the urging of UHart

and Townsend and the facts and circumstances that resulted in his removal.

That removal was for cause and took place without due process which if he

was afforded would have allowed him to clear his name, and protect his

reasonable expectations to continue in these positions based on past course of

conduct between himself and his employer.  Malla will also testify to his

damages because of UHart and Townsend conduct.

2.    Erling Smith, Ph.D. – University of Connecticut, School of Engineering,

Department of Civil & Environmental Engineering, 261 Glenbrook Road, Storrs,

Connecticut 06269.  Dr. Smith can testify to the lack of due process afforded

Malla in removing plaintiff as Campus Director;  and the facts surrounding the

June 2, 2000 meeting.  Also, Dr. Smith can testify to the efforts of Malla to

retain his position as Campus Director and resistance of the University of

Connecticut.

3.    Amir Faghri, Ph.D. - University of Connecticut, School of Engineering,

Department of Civil & Environmental Engineering, 261 Glenbrook Road, Storrs,

Connecticut 06269.  Dr. Faghri can testify to the lack of due process afforded

Malla in removing plaintiff as Campus Director; and the facts surrounding the

- 4 -

June 2, 2000 meeting. Also, Dr. Faghri can testify to the efforts of Malla to retain his position as Campus Director and resistance of the University of Connecticut.

4.    Edward C. Marth, Executive Director, AAUP, 1875 Storrs Road, Storrs, Connecticut 06268. – Mr. Marth can testify that Malla consulted the Union on the issue of due process, and to the facts surrounding the CBA, and to the purpose of the June 2, 2000 meeting, and the circumstance of the June 2, 2000 meeting.

5.    Fred Maryanski, Ph.D – University of Connecticut, Interim Chancellor, 261 Glenbrook Road, Storrs, Connecticut 06269. Dr. Maryanski can testify to the insistence of the University of Hartford and Townsend that Malla be removed as Campus Director at UCONN, the efforts of plaintiff to retain said Campus Director position, and that plaintiff was removed as Campus Director.

6.    Robert Smith, Ph.D. – University of Arkansas. Dr. Smith can testify to the insistence of the University of Hartford and Townsend that Malla be removed as Campus Director at UCONN, the efforts of plaintiff to retain said Campus Director position, and that he removal plaintiff as Campus Director.

7.    Daniel Civco, Ph.D. – University of Connecticut, Campus Director of the Connecticut Space Grant Consortium, 261 Glenbrook Road, Storrs, Connecticut 06269. Dr. Civco can testify to the facts of his ascend to Campus Director.

8.    Reda Ammar, Ph.D., University of Connecticut, Professor of Computer Science & Engineering. Dr. Ammar can testify to plaintiff's leading role in the

- 5 -

Consortium and that their was no reason to remove plaintiff as Campus Director.

9.   A.F. Mehdi Anwar, Ph.D., University of Connecticut, Professor of Electrical & Computer Engineering.  Dr. Anwar can testify to plaintiff's leading role in the Consortium and that their was no reason to remove plaintiff as Campus Director.

10.  Edward Pollack, Ph.D., University of Connecticut, Professor of Physics.  Dr. Pollack can testify to plaintiff's leading role in the Consortium and that their was no reason to remove plaintiff as Campus Director.

11.  Sheldon "Shelly" Dolinger, CTA, Advisory Board Member of the Consortium.  Dolinger can testify to the circumstances of an Advisory Board meeting and a follow-up e-mail from Townsend that is dated January 9, 2000.  Also, Dolinger can testify to the goals and to circumstance surrounding the The Committee on Consortium Membership that was chaired by plaintiff.

12.  Jerry Kenig, Ph.D., University of New Haven, The Committee on Consortium Membership.  Dr. Kenig can testify to facts and circumstance surrounding re-writing of the membership document for the Consortium.

Defendants' Witnesses:

1.   Dr. Sallie Townsend, University of Hartford, 200 Bloomfield Avenue, West Hartford, CT.  06117.  Dr. Townsend is expected to testify that she was the Consortium Director for the Space Grant Consortium from 1999 to 2002 and that she had direct contact with Dr. Malla in the administration of the grant.  Dr. Townsend will testify as to the difficulties that she had with Dr. Malla in

- 6 -

administering the grant, including his attempts to take control of the grant or some part thereof, his insistence at having a title, his continued questioning of Dr. Townsend's leadership role, his continued use of broadcast e-mails to other members of the Consortium, his failure to follow directives from Dr. Townsend about deadlines and reporting, and his refusal to recognize his conduct as detrimental to the administration of the grant. Dr. Townsend will testify that she spoke to Dr. Malla on several occasions and asked him to discontinue this behavior, but he continued. Dr. Townsend will testify that she reached a point when she realized that she could not work productively with Dr. Malla and consulted with UCONN's Regina Smith to determine the best means of removing Dr. Malla from a leadership role. Dr. Townsend will also rebut the claims of Dr. Malla that he was treated unfairly. Dr. Townsend will also testify about her knowledge of Dr. Malla's actions from other sources. Dr. Townsend will also testify about the administration of the Space Grant and the EPSCoR grant within the University of Hartford. Dr. Townsend will also testify that she was told by representatives of NASA that she had the authority to remove Dr. Malla as Campus Director.

2.  <u>Laurie Granstrand</u>, University of Hartford, 200 Bloomfield Avenue, West Hartford, CT 06117. Ms. Granstrand will testify that, as an assistant to Dr. Townsend, she worked closely with the members of the Consortium and handled the administration of the grant alongside Dr. Townsend. Ms. Granstrand will testify as to the difficulties that she and Dr. Townsend encountered in working with Dr. Malla. Ms. Granstrand will also testify as to

- 7 -

her personal knowledge of the conduct of Dr. Malla in trying to take control of the grant, or some part thereof, questioning Dr. Townsend's leadership role, attacking the competence of the University of Hartford in administering the grant, refusing to comply with directives and deadlines, using broadcast e-mails to intimidate and embarrass Dr. Townsend, making negative comments about the University of Hartford to other consortium members, and refusing to acknowledge and recognize his conduct as detrimental.  Ms. Granstrand will also testify as to the grant itself and how it is administered within the University of Hartford

3.    <u>Dr. Vladimir Nagurney</u>, University of Hartford, 200 Bloomfield Avenue, West Hartford, CT  06117.  Dr. Nagurney will testify that he was the prior Consortium Director before Dr. Townsend.  He will testify as to the administration of the grant and the attempts by Dr. Malla to take control of the grant administration and to attack the competence of the University of Hartford's leadership role. Dr. Nagurney will also testify as to Dr. Malla's attempts in 1998 to contact NASA and take control of the grant.

4.    <u>Dr. Julius Dasch</u>, 560 N. St, N.W., Washington, DC  20024.  Dr. Dasch is expected to testify that he worked for NASA in 1998, 2000 and 2001 and is personally familiar with the friction and problems in the working relationship between Dr. Malla and Dr. Townsend.  Dr. Dasch is also expected to testify that he was contacted by Dr. Malla in his attempts to take control of the Space Grant Consortium.  Dr. Dasch is expected to testify that Dr. Malla repeated questioned the University of Hartford's leadership role in handling the grant.

Dr. Dasch is also expected to testify that he spoke to Dr. Townsend about her decision to seek the removal of Dr. Malla as a Campus Director. Dr. Dasch is expected to testify that he told her that she had the unilateral authority to remove a campus director. Dr. Dasch is expected to testify that the removal of a campus director is not entirely uncommon and can be done for a number of reasons. Dr. Dasch is expected to testify that he traveled to Connecticut in 1999 to address the Connecticut Space Grant Consortium and told the members to give their full cooperation to the University of Hartford. Dr. Dasch will also testify that Dr. Malla ignored that directive. Dr. Dasch will also testify that Dr. Malla attempted to expand the participation in the Consortium by writing letters to other academic institutions in Connecticut without first consulting with the University of Hartford. Dr. Dasch will testify that Dr. Malla was asked to retract those letters.

5.    Dr. Fred Maryanski, Vice Chancellor for Academic Administration, University of Connecticut. Dr. Maryanski is expected to testify that he was notified by letter from Dr. Townsend that there were some concerns about the working relationship between Dr. Townsend and Dr. Malla. Dr. Maryanski is expected to testify that he asked Dr. Robert Smith and Regina Smith to investigate the matter. Dr. Maryanski will testify that he became aware that Dr. Malla had been making negative comments about the administration of the grant by University of Hartford. Dr. Maryanski will also testify that he gave a directive in April of 1999 that UCONN would support the University of Hartford's leadership role. Dr. Maryanski will testify as to the nature of the investigation undertaken

- 9 -

in response to Dr. Townsend's letter.  Dr. Maryanski will also testify as to the
personnel file of Dr. Malla.  Dr. Maryanski will testify as to the grievance
process at UCONN and the hearing process on a grievance complaint.  Dr.
Maryanski is also expected to testify about intellectual property and the role of
an investigator in research

6.    Dr. Robert Smith, University of Arkansas.  Dr. Robert Smith will testify that he
was the Vice Provost for Research for Graduate Education at the University of
Connecticut in 1999 and 2000.  Dr. Robert Smith will testify that he was asked
to undertake an investigation of the concerns raised by Dr. Townsend in her
December 13, 1999 letter.  Dr. Robert Smith will testify that he asked Regina
Smith to make an investigation into the concerns.  Dr. Robert Smith will testify
that he and Regina Smith met with Dr. Malla in March of 2000 to discuss the
concerns.  Dr. Robert Smith is expected to testify that Dr. Malla refused to
acknowledge his conduct.  Dr. Robert Smith will testify that he asked Dr. Malla
to resign as Campus Director to avoid embarrassment.  Dr. Robert Smith is
expected to testify that Dr. Malla refused to resign and that he then told Dr.
Malla that he was being replaced.  Dr. Robert Smith is expected to testify that
he was aware of some of the concerns about Dr. Malla.  Dr. Robert Smith is
also expected to testify as to the grievance process at UCONN and the hearing
process upon a grievance.  Dr. Robert Smith is expected to testify about his
personal knowledge of the investigation of Dr. Malla.  Dr. Robert Smith is
expected to testify as to intellectual property and the role of an investigator in
research.

7.    <u>Dr. Regina Smith</u>, University of Georgia.  Dr. Regina Smith is expected to testify that she was contacted by Dr. Townsend about her difficulties in her working relationship with Dr. Malla.  Dr. Regina Smith is expected to testify that she conducted an investigation into the concerns by Dr. Townsend and learned that there was sufficient evidence of difficulties in the interpersonal relationship between Dr. Townsend and Dr. Malla.  Dr. Regina Smith is expected to testify that she met with Dr. Malla to discuss these concerns.  Dr. Regina Smith is expected to testify as to the nature of her investigation and what she learned.  Dr. Regina Smith is also expected to testify as to her own contacts with Dr. Malla and his comments about the leadership role of the University of Hartford in the grant administration.

8.    <u>Dr. Daniel Civco</u>, University of Connecticut.  Dr. Civco is expected to testify as to his personal knowledge of the interpersonal difficulties between Dr. Malla and Dr. Townsend and his knowledge of Dr. Malla's attempts to take control of the space grant, or some portion thereof.  Dr. Civco is expected to testify as to the removal of Dr. Malla as a campus director and his replacement as a campus director.

9.    <u>Elizabeth Ivey</u>, former Provost, University of Hartford, 200 Bloomfield Avenue, West Hartford, CT  06117.  Ms. Ivey will testify that she was the Provost of the University of Hartford in 1999 and 2000 and will testify as to her knowledge of the difficulties in the working relationship between Dr. Townsend and Dr. Malla.  Ms. Ivey also will testify that she was involved in some discussions in 1998 following Dr. Malla's contact with NASA to replace the University of Hartford as

- 11 -

the lead institution.  Ms. Ivey will testify as to a meeting that was held in 1998 to discuss the future of the Consortium.

Exhibits:

Plaintiff's Exhibits:

1.    Collective Bargaining Agreement between The University of Connecticut – Board of Trustees and The University of Connecticut Chapter of the American Association of University Professors – July 1, 1997 – June 30, 2001.

2.    Series of writings of Malla dated from April 11, 2000 to June 27, 2000, as follows:

    a.    Letter from Malla to Dr. Robert Smith date April 11, 2000.

    b.    Letter from Malla to Dr. Amir Faghri and Dr. Erling Murtha – Smith date April 17, 2000.

    c.    Letter from Malla to Edward Marth dated April 25, 2000

    d.    E-mail from Malla to Defendant Townsend date May 7, 2000

    e.    E-mail from Malla to Ed Marth date May 9, 2000

    f.    Memorandum from Malla to defendant Townsend date May 18, 2000

    g.    Memorandum from Malla to Dr. Regina Smith date May 22, 2000

    h.    E-mail from Malla to Edward Marth dated May 29, 2000

    i.    E-mail from Malla to Ed date May 30, 2000

    j.    E-mail from Malla to defendant Townsend date June 1, 2000

    k.    Petition from Malla to Dr. Regina Smith date June 6, 2000

    l.    E-mail from Malla to Ed Marth date June 11, 2000

    m.    Letter from Malla to Dr. Fred Maryanski date June 12, 2000

n.    E-mail from Malla to Ed Marth date June 15, 2000

o.    Letter from Malla to Dr. Fred Maryanski date June 20, 2000

p.    Letter from Malla to Irene Quong Conlon date June 22, 2000

q.    E-mail from Malla to Dr. Regina Smith date June 27, 2000

r.    Letter from Malla to Ed Marth date July 3, 2004

s.    Letter from Malla to Dr. Fred Maryanski date July 3, 2000

t.    Letter from Malla to Dr. John D. Petersen date July 18, 2000

u.    Memorandum from Malla to Paul Shapiro, AAG date July 27, 2000

v.    E-mail from Malla to Dr. John Petersen date July 31, 2000

These documents offered collectively to show the impact on Malla because of
a lack of due process.

3.    E-mail from Laurie Granstrand to defendant Townsend dated November 30,
1999 that show University of Hartford and Townsend planning to provide
information to UCONN and Maryanski requesting Malla removal as Campus
Director.

4.    E-mail from Granstrand to defendant Townsend dated November 30, 1999 that
show University of Hartford and Townsend planning to provide information
requesting Malla removal as Campus Director.

5.    Draft Letter date November 30, 1999 from defendant Townsend to Dr. Fredrick
Maryanski that shows University of Hartford and Townsend planning to provide
information requesting Malla removal as Campus Director.

6.    Letter date December 13, 1999 from defendant Townsend to Dr. Fredrick
Maryanski requesting Malla removal as Campus Director.

7.  E-mail from defendant Townsend to Shelly Dolinger date January 9, 2000 admission of Townsend that she is aiding UCONN in removing Malla from his position as Campus Director.

8.  E-mail from Granstrand to Dr. Robert Smith dated February 25, 2000 of a follow-up conversation between Townsend and Dr. Smith.

9.  Deposition of Sallie Townsend date March 13, 2003

10. University of Connecticut Letter of Intent date July 2, 1990 and application to space Grant Program

11. Deposition of Robert Smith, Ph.D. dated March 24, 2003

12. Deposition of Fred Maryanski, Ph.D. dated March 13, 2003

13. Offer of the University of Connecticut to plaintiff of a position of Associate Professor of Civil & Environmental Engineering, dated April 8, 1996.

14. Letter from Amir Faghri to Fred Maryanski, dated April 14, 2000.

15. E-mail from Erling Murtha – Smith to Fred Maryanski, dated April 8, 2000.

16. Letter from Robert V. Smith to Malla, dated April 14, 2000.

17. Letter from Erling Murtha – Smith to Malla, dated April 19, 2000.

18. Thrust Coordinators to Dr. Philip Austin, dated April 18, 2000.

19. Announcement from Bob Smith to the University of Connecticut Community, dated May 1, 2000.

20. E-mail from Erling Murtha – Smith to Regina Smith, dated June 9, 2000.

21. Memorandum from Erling Murtha – Smith to Fred Maryanski, dated June 2, 2000.

- 14 -

22.    Latter from Donn G. Sickorez, Ph.D., University Affairs Offices, NASA, to Dr. John Petersen, dated November 13, 2000.

23.    Collections of E-mails and draft proposals from the Committee on Consortium Membership, as follows:

-E-mail from Malla to Colleagues, 2nd Draft, dated June 7, 1999

-E-mail from Malla to Colleagues, May 18, 1999 Meeting, dated May 21, 1999

-E-mail from Malla to Colleagues, 1st Draft, dated April 1, 1999.

-2nd Draft, Revised, dated June 4, 1999.

-E-mail from Jerry Kenig to Malla, 2nd Draft, dated June 8, 1999

-Modifications by M.J. Kenig on June 8, 1999

-E-mail from Malla to Colleagues, 3rd Draft, dated July 18, 1999

-Revised 3rd Draft of M.J. Kenig, dated August 11, 1999

-E-mail from Malla to Colleagues, dated August 12, 1999

4th Draft, dated August 11, 1999

-E-mail from Townsend to Malla, dated August 5, 1999

-E-mail from Townsend to Malla, dated August 10, 1999, 2 pages

-E-mail from Townsend to Colleagues, dated August 11, 1999

23.    E-mail from Malla to Thrust Coordinators, dated July 21, 1999

24.    E-mail from Phyllis Thomas to Regina Smith, dated July 23, 1999

25.    E-mail from Malla to Regina Smith, dated July 25, 1999

26.    E-mail from Malla to Thrust Coordinators, dated July 26, 1999

27.    E-mail from Civco to Malla, dated July 27, 1999

28.    E-mail from Malla to Townsend, dated July 28, 1999