UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 7  3 05 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RAMESH B. MALLA              :

v.                           :   NO. 3:02cv 481 (JBA)

UNIVERSITY OF HARTFORD, ET AL :

### ENDORSEMENT ORDER [DOC. #53]

Plaintiff'S Motion for Leave to Amendment the Third Amended Complaint is **GRANTED**. The Clerk is directed to file the attached *Fourth Amended Complaint* forthwith.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 4, 2004