IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
RAMESH MALLA                                              :   3:02 CV 481 (JGM)
:
v.                                                        :
:
UNIVERSITY OF HARTFORD & SALLIE S.                        :   DATE: MARCH 21, 2005
TOWNSEND, Ph.D.                                           :
-----------------------------------------------------------x

MEMORANDUM OF PRETRIAL CONFERENCE

Date of Conference: March 18, 2005

Attorneys Present:   Mark S. Loman, Esq.
                     Eroll V. Skyers, Esq.
                     (For Plaintiff)

                     Thomas Paul Chapman, Esq.
                     (For Defendants)

DISCUSSIONS

Counsel agreed to the deadlines set forth below. Jury selection and jury trial, scheduled for May 3, 2005, are hereby postponed.

ORDERS

1. By agreement of counsel, **on or before May 13, 2005**, plaintiff will file a Motion to File Sixth Amended Complaint, and **on or before May 13, 2005**, defendants will file a Motion for Summary Judgment with respect to plaintiff's one federal count and any additional state counts. All briefs in opposition shall be filed **on or before June 3, 2005**, and any reply briefs may be filed **on or before June 17, 2005**.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 21st day of March, 2005.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge