UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Malla, Ramesh B

    Plaintiff,

vs.                           Case No.:   3:02CV481(JGM)

University of Hartford, and
Sallie S. Townsend, Ph.D.

    Defendants.           May 13, 2005

FILED 2005 MAY 13 A 9:58 U.S. ... NEW ... CT

### MOTION FOR LEAVE TO AMENDMENT THE FOURTH AMENDED COMPLAINT

Plaintiff, by his attorney, asks leave of the Court to file the following amendment to the Fourth Amended Complaint previously filed in the above-entitled action. The proposed amendments are as follows:

1.    To separate claims; and

2.    To clarify the nature of the claims.

The above amendment is sought pursuant to the Court's order dated March 21, 2005.

    Dated: This 13th day of May 2005 at Bloomfield, Connecticut

                                          Plaintiff – Ramesh B. Malla,

                                          Mark S. Loman, Esquire
                                          116 Cottage Grove road
                                          Bloomfield, CT 06457
                                          Office: 860-761-2530
                                          Fax:   860-760-6231
                                          E-mail: atty_loman@att.net
                                          Federal Bar: CT19489