UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 13 A 9: 59
U.S. ... COURT
... CT

Malla, Ramesh B
   Plaintiff,

vs.      Case No.: 3:02CV481(JGM)

University of Hartford, and
Sallie S. Townsend, Ph.D.
   Defendants.     May 13, 2005

## AFFIDAVIT

State of Connecticut
   :ss:    Town of Bloomfield
County of Hartford

I, Mark S. Loman, being first duly sworn, on my oath states:

1. I am an attorney for the above named Plaintiff and make this affidavit in support of the attached Motion to Amend the Fourth Amended Complaint.

2. That the above captive matter is now pending before this Court, that the Defendants, through counsel, have filed appearances in this matter, Defendants have filed answers to Plaintiff's pleadings, and a jury selection is postpone pending the Court ruling on jurisdiction on this claim.

3. Plaintiff seeks to amend the Fourth Complaint pursuant to the Court's order dated March 21, 2005.

4.  Granting of this motion will not cause further delays in litigation of this matter nor would the Defendants be prejudice.

5.  Plaintiff desires to amend the Fourth Amended Complaint as follows:

a.  To separate claims; and

b.  To clarify the nature of the claim.

WHEREFORE, Plaintiff asks for an order granting leave to amend the Fourth Amended Complaint in this action as set forth above.

Dated: Bloomfield, Connecticut this 13th day of May, 2005.

_____
Mark S. Loman

Subscribed and sworn to before me this 13th day of May, 2005.

_____
Notary Public / Commissioner of
The Superior Court

DARCY L SEARLE
NOTARY PUBLIC
MY COMMISSION EXPIRES OCT 31, 2006

My Commission expires on:_____

2

## **CERTIFICATION**

I, Mark S. Loman, hereby certify that the forgoing Notice of Filing Fifth Amended Complaint, Motion for Leave to Amend the Fourth Amended Complaint, the Fifth Amended Complaint, Affidavit, and Notice of Manual Filing was mail via first class, postage prepaid on May 13. 2005 to Thomas P. Chapman, Esquire, The Law Office of Scott B. Clendaniel, 300 Windsor St., P.O. Box 2138, Hartford, CT 06145-2138 and to Eroll V. Skyers and Margaret R. Jordan Addo, The Barrister Law Group, LLC, 211 State Street, 2nd Fl., Bridgeport, CT 06604.

Mark S. Loman