UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Malla, Ramesh B
    Plaintiff,

vs.                                    Case No.:  3:02CV481(JGM)

University of Hartford, and
Sallie S. Townsend, Ph.D.
    Defendants.                    May 13, 2005

FILED
2005 MAY 13 A 9: 58
U.S. DISTRICT COURT
NEW HAVEN CT

### NOTICE OF FILING FIFTH AMENDED COMPLAINT

To:    Thomas P. Chapman
        Attorney for University of Hartford, and Sallie Townsend, Ph.D.
        Law Office of Scott B. Clendaniel
        300 Windsor St., P.O. Box 2138
        Hartford, CT 06145-2138

Please take notice that on May 13, 2005, or as soon as counsel can be heard, in the United States District Court – District of Connecticut, 141 Church Street, New Haven, CT 06510, the undersigned will bring the above motion, pursuant to the Court order dated March 21, 2005.

Dated this 13th day of May, 2005 at Bloomfield, CT.

Plaintiff – Ramesh B. Malla,

Mark S. Loman, Esquire
116 Cottage Grove Road
Bloomfield, CT 06002
Office: 860-761-2530
Fax:    860-760-6231
E-mail: atty_loman@att.net
Federal Bar: CT19489