IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :
RAMESH B. MALLA                                      :    3:02 CV 481 (JGM)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
UNIVERSITY OF HARTFORD &                             :    DATE: JUNE 10, 2005
SALLIE S. TOWNSEND, Ph.D.                            :
-----------------------------------------------------x
```

RULING ON PLAINTIFF'S MOTION TO AMEND

The twisted procedural history behind this litigation has been set forth in considerable detail in this Magistrate Judge's various Orders and Rulings. (See Dkts. ##70, 73, 74, 76, 79, 81 & 86). On March 21, 2005, this Magistrate Judge filed a Memorandum of Pretrial Conference (Dkt. #86), under which plaintiff was ordered to file a Motion to File Sixth Amended Complaint by May 13, 2005 and defendants were ordered to file a Motion for Summary Judgment with respect to plaintiff's one federal count and any additional state counts. Briefs in opposition were due on June 3, 2005.

Consistent with this deadline, on May 13, 2005, plaintiff filed his Motion to Amend the Fourth [sic] Amended Complaint, affidavit in support, and Notice of Filing Fifth [sic] Amended Complaint. (Dkts. ##88-90).[1] Defendants failed to file a brief in opposition to plaintiff's motion and failed to file their own motion. Therefore, under Local Rule 7(a)1., plaintiff's Motion to Amend the Fourth [sic] Amended Complaint (Dkt. #88) is granted, and the Fifth [sic] Amended Complaint (Dkt. #90) can be filed.

---

[1] The Fifth Amended Complaint previously was filed on October 19, 2004. (Dkt. #77. See also Dkts. ##1 (Complaint), 11 (Amended Complaint), 16 (Second Amended Complaint), 55 (Fourth Amended Complaint), 68 (Third Amended Complaint)).

      The Sixth Amended Complaint fails to allege any federal causes of action. Therefore, plaintiff's federal lawsuit is dismissed and the case is <u>remanded back to the Connecticut Superior Court for the Judicial District of Fairfield.</u> (<u>See</u> Dkts. ##54, 58 & 66). The Clerk's Office is directed to close this file.

      Dated at New Haven, Connecticut, this 10th day of June, 2005.

                                                       /s/\
                                           Joan Glazer Margolis\
                                           United States Magistrate Judge